# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

SHANTELL ORTIZ,

      Plaintiff,

vs.

LOGISTICARE SOLUTIONS, LLC,

      Defendant.

2:16-cv-01805-MMD-VCF

**ORDER**

    Before the Court is Defendant's Request to Appear Telephonically. (ECF No. 39).

    The status hearing scheduled for February 23, 2017 was vacated.

    Accordingly,

    IT IS HEREBY ORDERED that Defendant's Request to Appear Telephonically (ECF No. 39) is DENIED as MOOT.

    DATED this 21st day of February, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE