UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHANTELL ORTIZ, | Case No. 2:16-cv-01805-MMD-VCF |
| Plaintiff, | ORDER |
| v. | |
| LOGISTICARE SOLUTIONS, LLC, a foreign limited liability company, and DOES 1-50, inclusive, | |
| Defendants. | |

After hearing argument on December 13, 2016, the Court dismissed Plaintiff's two federal disability discrimination and retaliation claims without prejudice and with leave to amend. (ECF No. 29.) Defendant now argues that Plaintiff's Amended Complaint fails to comply with the Court's Order in that it continues to contain boilerplate conclusory allegation that Plaintiff filed her administrative complaint "within 300 days from the last discriminatory act and adverse employment action." (ECF No. 32.) At the December 13, 2016, hearing, the Court found that Plaintiff initiated her complaint with the Nevada Equal Rights Commission ("NERC") by her filing of the NERC intake inquiry form on October 15, 2015 (ECF No. 19-1).[1] (ECF No. 31 at 15-18.) The Court found, however, that the Complaint failed to allege that Plaintiff filed a charge of discrimination within the limitations

---

[1]The Court took judicial notice of this form. (ECF No. 31 at 16.)

period—300 days from the last incident of alleged discrimination.[2] For this reason, the Court granted Plaintiff leave to amend. The Court agrees with Plaintiff that her Amended Complaint complies with the Court's Order.

It is therefore ordered that Defendant's motion to dismiss (ECF No. 32) is denied.

DATED THIS 4th day of August 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[2]The Complaint alleges that a charge was filed "within 180 days of the commission of the unlawful employment practice alleged herein and/or within 300 days of PLAINTIFF instituting proceedings with a State or local agency with authority[.]" (ECF No. 1 at 2.) This allegation is not sufficient for the Court to reasonably infer that Plaintiff has exhausted her administrative remedies. (ECF No. 31 at 15.)