Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Brian S. Letofsky
Nevada State Bar No. 11836
Brian.Letofsky@wl-llp.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Office: (702) 901-7553; Fax: (702) 974-1297

Attorneys for Plaintiff, SHANTELL ORTIZ

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
Joseph P. Garin (Bar No. 6653)
Jessica A. Green (Bar No. 12383)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
Telephone:  702-382-1500
Facsimile:  702-382-1512
E-mail:  jgarin@lipsonneilson.com
         jgreen@lipsonneilson.com

Daniel B. Chammas (Cal. Bar No. 204825)
FORD & HARRISON LLP
350 South Grand Avenue
Suite 2300
Los Angeles, CA  90071
Telephone:  213-237-2400
Facsimile:  213-237-2401
E-mail:  dchammas@fordharrison.com
*Appearing Pro Hac Vice*

Attorneys for Defendant
LOGISTICARE SOLUTIONS, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHANTELL ORTIZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>LOGISTICARE SOLUTIONS, LLC, a foreign limited liability company; and DOES 1-50, inclusive,<br><br>        Defendant. | Case No. 2:16-cv-01805-MMD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Shantell Ortiz ("Plaintiff") and Defendant Logisticare Solutions, LLC. ("Defendant"), by and through their undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

Each party is to bear their own fees and costs.

Dated this 7th day of February, 2018.

WATKINS & LETOFSKY, LLP

/s/ Daniel R. Watkins
Daniel R. Watkins
Brian S. Letofsky
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Telephone: 702-901-7553

*Attorneys for Plaintiff,*
*Shantell Ortiz*

FORD & HARRISON, LLP

/s/ Daniel B. Chammas
Daniel B. Chammas
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: 213-237-2400
*Appearing Pro Hac Vice*

LIPSON, NEILSON, COLE, SELTZER & GARIN, PC
Joseph P. Garin
Jessica A. Green
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
Telephone: 702-382-1500
*Attorneys for Defendant,*
*LogistiCare Solutions, LLC.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

February 7, 2018
_____
DATED

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
-2-